FILED

08/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0706

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0706

_____

IN THE MATTER OF:

N.A.,                                                    O R D E R

      Respondent and Appellant.


_____


      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.


For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2021